IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH - CENTRAL DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| vs. | Case No. 2:05-CR-500 |
| JEREMY ARRINGTON, | Judge Dee Benson |
| Defendant. | |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells on June 12, 2006 recommending that Defendant's Motion to Suppress be DENIED.

The parties were notified by mail of their right to file objections to the Report and Recommendation. On July 26, 2006, Defendant filed a timely response, objecting to the magistrate judge's conclusion that the police appropriately relied on consent from Defendant's wife to search a motel room rented by Defendant and his wife, and that the evidence found in the motel room should not be suppressed. Having reviewed all relevant materials, including the parties' briefs and the reasoning set forth in the magistrate judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation and DENIES Defendant's Motion to Suppress.

**IT IS SO ORDERED.**

DATED this 21st day of August, 2006.

Dee Benson
United States District Judge